THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANTEL EVANS, Appellant. [825 NYS2d 414]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered February 7, 2005. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from be

and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.